**In the Interest of F.C., III, a minor,**

**Petition of F.C., III.**

Supreme Court of Pennsylvania.

July 13, 2009.

## ORDER

**AND NOW,** this 13th day of July, 2009, the Petition for Allowance of Appeal is **GRANTED** with respect to the following issue, rephrased for clarity:

Whether 71 P.S. § 1690.112a ("Act 53") violates due process protections provided by the Fourteenth Amendment to the United States Constitution or Article I, Section 1 of the Pennsylvania Constitution?

Petitioner's Notice Pursuant to Pa.R.A.P. 1926 to Settle and Conform the Content of the Record for the Appellate Court is **DENIED** without prejudice to the right of any interested party to petition to supplement or correct the record.

■

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Lisa M. HACKER, Respondent.**

Supreme Court of Pennsylvania.

July 15, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of July, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether, in order to prove the requisite intent for solicitation to commit rape of a child under 13 under 18 Pa.C.S. § 3121(c), the Commonwealth is required to prove the solicitor had knowledge of the victim's age when the solicitor clearly had the specific intent to promote or facilitate acts which constituted a strict liability crime.